## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Children First Foundation v. Martinez    Docket No.: 11-5199

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Jeremy D. Tedesco

Firm: Alliance Defense Fund

Address: 15100 N. 90th Street, Scottsdale, Arizona 85260

Telephone: (480) 444-0020    Fax: (480) 444-0028

E-mail: jtedesco@telladf.org

Appearance for: Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brian Raum and Jeffrey Shafer / Alliance Defense Fund )
(name/firm)

☐ Amicus (in support of : _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/Jeremy D. Tedesco

Type or Print Name: Jeremy D. Tedesco